UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NEW CAM COMMERCE SOLUTIONS, LLC,
doing business as CAM COMMERCE
SOLUTIONS,

    Plaintiff,

v.                                             Case No. 6:13-cv-334-Orl-37TBS

RETAIL AUTOMATION SOLUTIONS, LLC,
doing business as POSKARMA, KEITH
SANDERSON, DIANNE MCGEE, ROBERT
MCKENZIE, LORI FAMULARO, and JOHN
DOES 1-10,

    Defendants.
_____

## ORDER

    Pending before the Court is Plaintiff's Unopposed Motion to Extend Time to Take Deposition Testimony of Keith Sanderson (Doc. 64). The motion is GRANTED. Plaintiff has through February 17, 2014 to depose Defendant Keith Sanderson. The granting of this extension does not affect the dispositive motions deadline or trial date; discovery conducted after the dispositive motions deadline will not be available for summary judgment purposes; and no party may use the granting of this extension in support of a motion to extend another case date or deadline.

    DONE AND ORDERED in Orlando, Florida on January 17, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel